No. 441, Misc. BULLARD *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 448, Misc. WILLIAMS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 564, Misc. MORSE *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 715. BROWN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Curtis P. Mitchell* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 69. BREITHAUPT *v.* ABRAM, WARDEN. Certiorari, 351 U. S. 906, to the Supreme Court of New Mexico. December 12, 1956. It is ordered that *F. Gordon Shermack, Esquire,* of Santa Fe, New Mexico, a member of the Bar of this Court be, and he is hereby, appointed to serve as counsel for petitioner in this case.